IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748 |
| | MDL No. 2545 |
| | Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO: | |
| Case Number: 1:16-cv-00676 Moore v. Auxilium Pharmaceuticals, Inc. et al | |

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

   IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff

JOHN MOORE and counsel for Defendants AUXILIUM PHARMACEUTICALS INC, and

GLAXOSMITHKLINE LLC, pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil

Procedure, that any and all claims and counterclaims which were or could have been asserted by

and between these parties, against one another, are hereby dismissed with prejudice and without

costs or attorneys' fees to any party.

   **For the Defendants**         **For the Plaintiff**
                        **BRANCH LAW FIRM**

   **By: /s/ Andrew Keith Solow**     **By**: /S/Margaret M. Branch
     Andrew Keith Solow        Margaret M. Branch, Esq.
     Kaye Scholer LLP         2025 Rio Grande Blvd. NW
     250 West 55th Street        Albuquerque, NM 87104
     New York, NY 10019-9710     505-243-3500 – Telephone
     (212) 836-7740         505-243-3534 – Facsimile
     andrew.solow@kayescholer.com   mbranch@branchlawfirm.com